# EXHIBIT A

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

TAKESHA SHANNETT FORD
Case No. 3:23-ap-90077
SSN: xxx-xx-3403

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below as of 11/30/2023:

The borrower executed the following notes on or around:

04/09/07: Mater Promissory Note Federal Stafford Loan (FFELP)
01/07/10: Master Promissory Note William D. Ford Direct Loan

**DIRECT STAFFORD LOANS**

| Disbursement Date | Disb. Amount | Interest rate | Current Principal | Current In |
|---|---|---|---|---|
| 2014-04-03 | $ 11,500.00 | 5.41 | $14,604.00 | $220.00 |
| 2014-03-13 | $ 7,650.00 | 5.41 | $ 9,746.00 | $147.00 |
| 2013-10-23 | $ 4,800.00 | 5.41 | $ 6,279.00 | $ 95.00 |
| 2013-05-10 | $ 5,000.00 | 6.8 | $ 6,948.00 | $ 79.00 |
| 2011-01-27 | $ 989.00 | 6.8 | $ 1,514.00 | $ 17.00 |
| 2011-01-03 | $ 1,500.00 | 6.8 | $ 2,310.00 | $ 26.00 |
| 2010-09-23 | $ 1,757.00 | 6.8 | $ 2,754.00 | $ 31.00 |
| 2010-09-23 | $ 1,000.00 | 6.8 | $ 1,567.00 | $ 18.00 |
| 2010-07-01 | $ 2,000.00 | 6.8 | $ 3,181.00 | $ 36.00 |

The Direct loans were made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685).

**FFEL STAFFORD LOANS**

| | | | | |
|---|---|---|---|---|
| 2010-03-11 | $ 5,285.00 | 6.8 | $ 8,709.00 | $ 99.00 |
| 2009-12-16 | $ 2,440.00 | 5.6 | $ 2,851.00 | $ 40.00 |
| 2009-12-16 | $ 1,899.00 | 6.8 | $ 3,176.00 | $ 36.00 |
| 2009-06-16 | $ 2,000.00 | 6.8 | $ 3,445.00 | $ 39.00 |
| 2009-06-16 | $ 1,667.00 | 6.8 | $ 2,833.00 | $ 32.00 |
| 2009-06-16 | $ 1,209.00 | 5.6 | $ 1,413.00 | $ 20.00 |
| 2008-05-09 | $ 4,500.00 | 6 | $ 5,281.00 | $ 79.00 |
| 2008-05-09 | $ 4,000.00 | 6.8 | $ 7,046.00 | $ 80.00 |

The FFEL loans were reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682).

The borrower now owes the unpaid principal of $83,657.00 and unpaid accrued interest of $1,094.00. The loans are currently serviced by MOHELA.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 11/30/2023

*Rhoda Terry*
R. Terry
Loan Analyst
Litigation Support